# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

COMMUNITIES UNITED; COMMUNITY RENEWAL SOCIETY; NEXT STEPS NFP; ONE NORTHSIDE; and the ACLU of ILLINOIS; on behalf of their respective members,

V.

City of Chicago

CASE NUMBER: 17-cv-7151

ASSIGNED JUDGE: Hon. Elaine E. Bucklo

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey T. Gilbert

TO: (Name and address of Defendant)

City of Chicago
c/o City Clerk
121 N LaSalle St Rm 107
Chicago IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen Sheley
Roger Baldwin Foundation of ACLU, Inc.
150 N Michigan Ave Ste 600
Chicago IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

October 4, 2017

DATE



*177091*

Law firm ref#:

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

COMMUNITIES UNITED; COMMUNITY RENEWAL SOCIETY; NEXT STEPS NFP; ONE NORTHSIDE; AND THE ACLU OF ILLINOIS; ON BEHALF OF THEIR RESPECTIVE ME MEMBERS,

   Plaintiff(s),

vs.

CITY OF CHICAGO,

   Defendant(s).

Case No.: 17 cv 7151

## AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Michael Mitchell</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **City of Chicago c/o City Clerk**

I, Served the within named defendant on October 04, 2017 @ 11:35 AM

CORPORATE SERVICE: by leaving a copy of this process with **Toni Pacheco**. (Title): **Administrative Assistant**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Case; Civil Cover Sheet; U.S. District Court for the Northern District of Illinois Attorney Appearance Form (Lindsay S. Miller); U.S. District Court for the Northern District of Illinois Attorney Appearance Form (Karen Sheley); U.S. District Court for the Northern District of Illinois Attorney Appearance Form (Rachel Murphy); U.S. District Court for the Northern District of Illinois Attorney Appearance Form (Kathryn Hunt Muse); Notification of Change of Attorney Address or Name; Complaint**

ADDRESS WHERE SERVED: **121 N LaSalle St Rm. 107, Chicago, IL60602**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: **Female** - Skin: **Hispanic** - Hair: **Black** - Approx. Age: **50-55** - Height: **5ft 07in** - Weight: **150 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __IL__

County of __Cook__

Michael Mitchell, Process Server
Dated __10/5/17__  ATG LegalServe Inc

This instrument was subscribed and sworn to before me on __10-5-17__ (date)
By __Michael Mitchell__ (name/s of person/s)

Signature of Notary Public

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL60603
312.855.0303

OFFICIAL SEAL
JEFFREY DANIEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/31/21