IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUNITIES UNITED, COMMUNITY RENEWAL SOCIETY, NEXT STEPS NFP, ONE NORTHSIDE, and the ACLU OF ILLINOIS, on behalf of their respective members,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF CHICAGO,<br><br>Defendant. | Case No. 17-cv-7151<br><br>Hon. Elaine E. Bucklo |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Monday, October 30, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead in Courtroom 2243 of the United States District Court for the Northern District of Illinois and present **DEFENDANT'S UNOPPOSED MOTION FOR A FOURTEEN-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**, a copy of which is served upon you.

Dated: October 25, 2015

Respectfully submitted,

THE CITY OF CHICAGO

By: s/ Allan T. Slagel
       One of its Attorneys

Allan T. Slagel (ARDC No. 6198470)
Heather A. Jackson (ARDC No. 6243164)
Jeffrey M. Schieber (ARDC No. 6300779)
Elizabeth E. Babbitt (ARDC No. 6296851)
Rachel Schaller (ARDC No. 6306921)
TAFT STETTINIUS AND HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:   (312) 527-4000
Email:   aslagel@taftlaw.com
             hjackson@taftlaw.com
             jschieber@taftlaw.com
             ebabbitt@taftlaw.com
             rschaller@taftlaw.com

21520676.1