IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **COMMUNITIES UNITED; COMMUNITY RENEWAL SOCIETY; NEXT STEPS NFP; ONE NORTHSIDE; and the ACLU of ILLINOIS,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF CHICAGO,**<br><br>Defendant. | **Case No. 17-cv-7151**<br>**Honorable Elaine E. Bucklo** |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, the City of Chicago (the "City"), respectfully requests that the Court grant a brief extension of time in which to file the Motion to Dismiss the City intends to file in response to Plaintiffs' First Amended Complaint. In support of its motion, the City states as follows:

1. Plaintiffs filed an Amended Complaint on November 28, 2017. (Dkt. No. 28.)

2. Pursuant to Fed. R. Civ. P. 15(a)(3), the deadline for the City to respond to the Amended Complaint was set for December 12, 2017.

3. On December 11, 2017, the City and Plaintiffs Communities United, Community Renewal Society, Next Steps NFP, One Northside and the ACLU of Illinois ("Plaintiffs") filed a Joint Motion to Set Briefing Schedule on Motion to Dismiss (Dkt. No. 35, the "Joint Motion"). As indicated in the Joint Motion, the City anticipates it will file a Motion to Dismiss the Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (the "Motion to Dismiss"). (*Id.*)

4. On December 13, 2017, the Court granted the Joint Motion, setting the briefing schedule on the City's Motion to Dismiss, as follows:

(a) City's Motion to Dismiss to be filed on or before January 2, 2018.

(b) Plaintiffs' Response to Motion to Dismiss to be filed on or before January 30, 2018.

(c) City's Reply to Motion to Dismiss to be filed on or before February 20, 2018.

(Dkt. No. 37.)

5. The City requests an extension of time in which to file the Motion to Dismiss; Plaintiffs do not oppose this request.

6. The Parties propose that the briefing schedule on the Motion to Dismiss be set as follows:

(a) City's Motion to Dismiss to be filed on or before January 12, 2018.

(b) Plaintiffs' Response to Motion to Dismiss to be filed on or before February 20, 2018.

(c) City's Reply to Motion to Dismiss to be filed on or before March 13, 2018.

7. This motion is not made for purposes of delay, will allow a full and fair determination of the issues in this case, and will not cause any party prejudice.

WHEREFORE, the Parties respectfully request that the Court enter an order granting the City an extension of time in which to file the Motion to Dismiss and resetting the briefing schedule on the Motion to Dismiss, and granting such additional relief as the Court deems appropriate and just.

Dated:  January 2, 2018

Respectfully submitted,

**THE CITY OF CHICAGO**

s/Allan T. Slagel
*Counsel for Defendant*

Allan T. Slagel (ARDC No. 6198470)
Heather A. Jackson (ARDC No. 6243164)
Elizabeth E. Babbitt (ARDC No. 6296851)
Jeffrey M. Schieber (ARDC No. 6300779)
Rachel L. Schaller (ARDC No. 6306921)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone:   (312) 527-4000
Email: aslagel@taftlaw.com
          hjackson@taftlaw.com
          ebabbitt@taftlaw.com
          jschieber@taftlaw.com
          rschaller@taftlaw.com

21800341.1