## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COMMUNITIES UNITED; COMMUNITY RENEWAL SOCIETY; NEXT STEPS NFP; ONE NORTHSIDE; and the ACLU of ILLINOIS, <br><br> **Plaintiffs,** <br><br> v. <br><br> CITY OF CHICAGO, <br><br> **Defendant.** | **Case No. 17-cv-7151** <br> **Honorable Elaine E. Bucklo** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Friday, January 5, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead in Courtroom 2243 of the United States District Court for the Northern District of Illinois, and present **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME,** a copy of which is served upon you.

Dated: January 2, 2018

Respectfully submitted,

**THE CITY OF CHICAGO**

s/Allan T. Slagel
*Counsel for Defendant*

Allan T. Slagel (ARDC No. 6198470)
Heather A. Jackson (ARDC No. 6243164)
Elizabeth E. Babbitt (ARDC No. 6296851)
Jeffrey M. Schieber (ARDC No. 6300779)
Rachel L. Schaller (ARDC No. 6306921)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone:     (312) 527-4000
Email:  aslagel@taftlaw.com
          hjackson@taftlaw.com
          ebabbitt@taftlaw.com
          jschieber@taftlaw.com
          rschaller@taftlaw.com

21802731.1