# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Communities United, et al.

                              Plaintiff,

v.                                                  Case No.: 1:17–cv–07151
                                                         Honorable Elaine E. Bucklo

City Of Chicago

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 4, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's unopposed motion for extension of time [38] is granted. Defendant's Motion to Dismiss shall be filed on or before 1/12/2018. Plaintiffs to respond by 2/20/2018. Defendant to reply by 3/13/2018. Ruling before Honorable Elaine E. Bucklo on 4/11/2018 at 9:30 a.m. No appearance required on 1/5/2018. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.