**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COMMUNITIES UNITED; COMMUNITY RENEWAL SOCIETY; NEXT STEPS NFP; ONE NORTHSIDE; and the ACLU of ILLINOIS,<br><br>        Plaintiffs,<br>  vs.<br><br>THE CITY OF CHICAGO,<br><br>        Defendant. | Case No. 17-CV-7151<br>Judge: Hon. Elaine Bucklo |

## Request for the Clerk of Court to Refund Filing Fee

    I, Allyson R. Bennet, request a refund made pursuant to this Court's procedures for refunding duplicate or erroneously paid filing fees that have been generated during the electronic filing of documents on November 30, 2017.

    On November 30, 2017, three pro hac vice applications were submitted using my credit card. The court confirmed applications are for receipt numbers 0752-13853038 (Jacob Kreilkamp), 0752-13853209 (Bradley Phillips), and 0752-13853263 (Allyson Bennett). I received only two email payment confirmations from paygovadmin@mail.doc.twai.gov, which did not include payment of receipt number 0752-13853038 (Jacob Kreilkamp) and per the court's email of December 13, 2017, a duplicative receipt number 0752-13853158.

    Attached hereto is the supporting documentation, including copies of the electronic payment receipts received.

| | |
|---|---|
| Dated: January 4, 2018 | Respectfully submitted,<br><br>  s/ *Allyson R. Bennett*<br>Allyson R. Bennett<br><br>Attorneys for Plaintiffs COMMUNITIES UNITED; COMMUNITY RENEWAL SOCIETY; NEXT STEPS NFP; ONE NORTHSIDE; and the ACLU of ILLINOIS<br>Bradley S. Phillips |

        Jacob S. Kreilkamp
Allyson R. Bennett
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
brad.phillips@mto.com
jacob.kreilkamp@mto.com
allyson.bennett@mto.com

# Velasquez, Anna

| | |
|---|---|
| **From:** | David_Lynn@ilnd.uscourts.gov |
| **Sent:** | Wednesday, December 13, 2017 9:27 AM |
| **To:** | Velasquez, Anna |
| **Cc:** | Violet_Bujak@ilnd.uscourts.gov; Adam_Avalos@ilnd.uscourts.gov; Michael_Wade@ilnd.uscourts.gov; Lorenzo_Walker@ilnd.uscourts.gov; Travis_Grammer@ilnd.uscourts.gov; Tiana_Davis@ilnd.uscourts.gov; Sarah_McCarthy@ilnd.uscourts.gov |
| **Subject:** | Possible Duplicate Payment for |

Good morning:

Our Internet Payment Report reflects that on 11/30/2017 your office made two payments regarding case number **1:17-cv-07151** through pay.gov.

Receipt Nos.0752-13853038 ,0752-13853209, 0752-13853263 - For these receipts, we received Motions to Appear Pro Hac Vice in Case Number**1:17-cv-07151**.

Receipt No. 0752-13853158 - For this receipt, we did not receive a Motion to Appear Pro Hac Vice in Case Number **1:17-cv-07151**.

If it was your intention to file four Motions to Appear Pro Hac Vice, please call the Service Center at 312-435-5691, and someone will give you instructions on how to resubmit the documents for Receipt No. **1:17-cv-07151**.

If it was not your intention to file four Motions to Appear Pro Hac Vice, but paid by mistake, you can e-file a "Request for the Clerk of Court to Refund Filing Fee," which can be found under the "Other Documents" category. Please e-file the request in Case No. **1:17-cv-07151**, include all receipt numbers in the request, and indicate which one is the duplicate payment.

In the future, if you do not see that the notice you e-filed is on the docket, please call us before e-filing it again and someone from our office will walk you through the process of resubmitting it.

If you have any further questions, please feel free to call the Service Center at 312-435-5691.

Thank you,

David Lynn
Operations Clerk
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604
(312) 818-6514

**Your opinion is important to us click HERE to take our customer service survey**

1

## Velasquez, Anna

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Thursday, November 30, 2017 2:55 PM
**To:** Velasquez, Anna; Bennett, Allyson; Clarke, Rhonda
**Subject:** Pay.gov Payment Confirmation: ILND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact ILND CM ECF Help Desk at 312-582-8727.

Application Name: ILND CM ECF
Pay.gov Tracking ID: 266AC9UJ
Agency Tracking ID: 0752-13853209
Transaction Type: Sale
Transaction Date: Nov 30, 2017 5:55:22 PM

Account Holder Name: Allyson R. Bennett
Transaction Amount: $50.00
Card Type: MasterCard
Card Number: ***********

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

# Velasquez, Anna

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, November 30, 2017 3:02 PM |
| **To:** | Velasquez, Anna; Bennett, Allyson; Clarke, Rhonda |
| **Subject:** | Pay.gov Payment Confirmation: ILND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact ILND CM ECF Help Desk at 312-582-8727.

Application Name: ILND CM ECF
Pay.gov Tracking ID: 266ACB70
Agency Tracking ID: 0752-13853263
Transaction Type: Sale
Transaction Date: Nov 30, 2017 6:01:33 PM

Account Holder Name: Allyson Bennett
Transaction Amount: $50.00
Card Type: MasterCard
Card Number: **********

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

1