IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMUNITIES UNITED, COMMUNITY RENEWAL SOCIETY, NEXT STEPS NFP, ONE NORTHSIDE, and the ACLU OF ILLINOIS, on behalf of their respective members,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE CITY OF CHICAGO,<br><br>　　　　　　　　　　Defendant. | Case No. 17-cv-7151<br><br>Hon. Elaine E. Bucklo |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** on Wednesday, January 24, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead in Courtroom 2243 of the United States District Court for the Northern District of Illinois and present **DEFENDANT THE CITY OF CHICAGO'S MOTION TO DEFER THE TIME TO FILE AN ANSWER FOR GOOD CAUSE PURSUANT TO THE STANDING ORDER REGARDING THE MANDATORY INITIAL DISCOVERY PILOT PROJECT**, a copy of which is served upon you.

Dated: January 12, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**CITY OF CHICAGO**

　　　　　　　　　　　　　　　　By:　s/ Allan T. Slagel
　　　　　　　　　　　　　　　　　　　One of its Attorneys

Allan T. Slagel (ARDC No. 6198470)
Heather A. Jackson (ARDC No. 6243164)
Elizabeth E. Babbitt (ARDC No. 6296851)
Rachel L. Schaller (ARDC No. 6306921)
Jeffrey M. Schieber (ARDC #6300779)
TAFT STETTINIUS AND HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:　(312) 527-4000
Email:　　　aslagel@taftlaw.com
　　　　　　hjackson@taftlaw.com
　　　　　　ebabbitt@taftlaw.com
　　　　　　rschaller@taftlaw.com
　　　　　　jschieber@taftlaw.com

21880872.1