IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMUNITIES UNITED, COMMUNITY RENEWAL SOCIETY, NEXT STEPS NFP, ONE NORTHSIDE, and the ACLU OF ILLINOIS, on behalf of their respective members,<br><br>       Plaintiffs,<br><br>  vs.<br><br>THE CITY OF CHICAGO,<br><br>       Defendant. | Case No. 17-cv-7151<br><br>Hon. Elaine E. Bucklo |

## NOTICE OF FILING

**PLEASE TAKE NOTICE THAT,** pursuant to the January 23, 2018 order of Honorable Elaine E. Bucklo, Document Number 48, granting Defendant's Motion for Leave to File Its Motion to Dismiss the Amended Complaint In Excess of 15 Pages *Instanter*, we filed with the United States District Court for the Northern District of Illinois **DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**, a copy of which is served upon you.

Dated: January 24, 2018

Respectfully submitted,

**CITY OF CHICAGO**

By:   s/ Allan T. Slagel
    One of its Attorneys

Allan T. Slagel (ARDC No. 6198470)
Heather A. Jackson (ARDC No. 6243164)
Elizabeth E. Babbitt (ARDC No. 6296851)
Rachel L. Schaller (ARDC No. 6306921)
Jeffrey Schieber (ARDC #6300779)
TAFT STETTINIUS AND HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Email:   aslagel@taftlaw.com
     hjackson@taftlaw.com
     ebabbitt@taftlaw.com
     rschaller@taftlaw.com
     jschieber@taftlaw.com

21933907.1