# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMMUNITIES UNITED; ) <br> COMMUNITY RENEWAL SOCIETY; ) <br> NEXT STEPS NFP; ONE NORTHSIDE; ) <br> and the ACLU of ILLINOIS; on behalf ) <br> of their respective members, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF CHICAGO, ) <br> ) <br> Defendant. ) | Case No. 17-cv-7151 <br><br> Hon. Elaine Bucklo |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Thursday, March 1, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead in Courtroom 2243 of the United States District Court for the Northern District of Illinois and present **PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS IN EXCESS OF 15 PAGES** *INSTANTER*.

DATED: February 20, 2018            Respectfully submitted,


                                    COMMUNITIES UNITED; COMMUNITY
                                    RENEWAL SOCIETY; NEXT STEPS; ONE
                                    NORTHSIDE; and the ACLU OF ILLINOIS

                                    By: /s/ *Bradley S. Phillips*
                                    Bradley S. Phillips
                                    *Co-Lead Counsel for Plaintiffs*

Barry C. Taylor
Laura J. Miller
Amanda Antholt
EQUIP FOR EQUALITY
20 N. Michigan Ave., Ste. 300
Chicago, IL 60602
(312) 341-0022
barryt@equipforequality.org
laura@equipforequality.org
amanda@equipforequality.org

Bradley S. Phillips
Jacob S. Kreilkamp
Allyson R. Bennett
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
brad.phillips@mto.com
jacob.kreilkamp@mto.com
allyson.bennett@mto.com

Karen Sheley
Kathryn Hunt Muse
Lindsay S. Miller
Rachel Murphy
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
ksheley@aclu-il.org
kmuse@aclu-il.org
lmiller@aclu-il.org
murphy@aclu-il.org

## **CERTIFICATE OF SERVICE**

      I, Bradley S. Phillips, an attorney, hereby certify that on February 20, 2018, I caused true and correct copies of the foregoing NOTICE OF MOTION to be served upon all counsel of record via the Court's ECF filing system.

                                                                    /s/ *Bradley S. Phillips*