UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Communities United, et al.
 Plaintiff,

v.  Case No.: 1:17–cv–07151
 Honorable Elaine E. Bucklo

City Of Chicago
 Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2018:

MINUTE entry before the Honorable Elaine E. Bucklo: Motion to file instanter opposition brief in excess of 15 pages [51] is granted. Mailed notice Attachments> (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.